GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
DAVID P. SAVEL
Assistant United States Attorney
State Bar No.: 016003
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: david.savel@usdoj.gov
Attorneys for Plaintiff

☒ FILED  ☐ LODGED

**MAY 28, 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Adrian Figueroa-Martinez,

    Defendant.

CR 21-01192-TUC-RM-MSA
21-07183M

**I N F O R M A T I O N**

Violation: 8 U.S.C. § 1326(a)

(Illegal Re-Entry After Deportation)

(Felony)

THE UNITED STATES ATTORNEY CHARGES:

On or about April 18, 2021, in the District of Arizona, to wit: at or near Nogales, Adrian Figueroa-Martinez, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near San Ysidro, California, on or about December 1, 2019, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Dated this _____ day of _____, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*D.P.Savel* Digitally signed by DAVID SAVEL
Date: 2021.05.13 13:55:10 -07'00'

DAVID P. SAVEL
Assistant U.S. Attorney